**FILED**

MAY 26 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DIAL UP SERVICES, INC., a Nevada Corporation doing business as Simple.Net, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> OREGON, STATE OF; IDAHO, STATE OF; NORTH DAKOTA, STATE OF; MISSOURI, STATE OF; DAVID E REICH, Honorable Judge of the South Central Judicial District of the State of North Dakota; KATHRYN STICKLEN, Honorable Judge of the Fourth Judicial District of the State of Idaho, <br><br> Defendants - Appellees. | No. 07-17312 <br><br> D.C. No. CV-07-00423-EHC District of Arizona, Phoenix <br><br> ORDER |

The court finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument, on Thursday, June 11, 2009, in San Francisco, California. Fed. R. App. P. 34(a).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk