Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: Strojnik@aol.com
Attorney for Appellant

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE 9TH CIRCUIT

| | |
|---|---|
| DIAL UP SERVICES, INC. a Nevada Corporation *d.b.a.* Simple.Net, | NO. 07-17312 |
| Plaintiff/Appellant, | D.C. No. CV-07-00423-EHC |
| vs. | |
| OREGON, STATE OF; IDAHO, STATE OF; NORTH DAKOTA, STATE OF MISSOURI, STATE OF; DAVID E. REICH, Honorable Judge of the South Central Judicial District of the State of North Dakota; KATHRYN STICKLEN, Honorable Judge of the Fourth Judicial District of the State of Idaho, | **MOTION TO DISMISS APPEAL** |
| Defendants/Appellees. | |

Appellant moves to dismiss the appeal for the reason that Appellant has agreed to a dismissal pursuant to a settlement. Copy of the instructions to counsel to dismiss is appended hereto as Exhibit 1.

RESPECTFULLY SUBMITTED this 26th day of May 2009.

The Law Firm of Peter Strojnik, P.C.

_____
Peter Strojnik
Attorney for Appellant

# CERTIFICATE OF SERVICE

Five copies of the foregoing
Mailed this 26th day of May, 2009, to:

Office of the Clerk of the 9th Circuit Court of Appeals
P.O. Box 193939
San Francisco, California 94119-3939

One copy each mailed to:

Douglas Alan Bahr, Esq.
North Dakota Office of Attorney General
500 N 9th St
Bismarck, ND 58501-4509
701-328-3625
701-328-4300 (fax)
dbahr@nd.gov
Attorney for the Honorable David E. Reich

Parrell Grossman, Esq.
Assistant Attorney General
Box 1054
Bismarck, ND 58502
Attorney for the State of North Dakota

Brett T. DeLange, Esq.
Office of Attorney General
PO Box 83720
Boise, ID 83720-0010
208-334-4114
208-334-2830 (fax)
brett.delange@ag.idaho.gov
Attorney for the State of Idaho and
Honorable Kathryn Sticklen

Charles Edward Fletcher, Esq.
Oregon Attorney General
Oregon Dept of Justice
1162 Court St NE
Salem, OR 97301-4096

- 4 -

503-947-4700
503-947-4793 (fax)
charles.fletcher@doj.state.or.us
Attorney for the State of Oregon

Anne E Schneider, Esq.
Missouri Attorney Generals Office
PO Box 899
Jefferson City, MO 65102
573-751-7653
573-751-2041 (fax)
Anne.Schneider@ago.mo.gov
Attorney for the State of Missouri

*[signature]*

*Exhibit 1*

| | |
|---|---|
| Subject: | **Fed Case** |
| From: | DeVal Johnson |
| Date: | Tuesday, May 26, 2009 8:49 AM |
| To: | strojnik@aol.com |

Peter,

please ask the courts to dismiss the federal case in appeals. I settled with ND and it's part of the stipulation.

thanks,

DeVal